**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL DEL GRECO and ACCURATE INSPECTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. HUNNELL, <br><br> Defendant. | Civil Action No: 17-9762-SDW-LDW <br><br> **ORDER** <br><br><br> June 7, 2018 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Plaintiff Michael Del Greco and Accurate Inspections, Inc.'s Motion for Entry of Default Judgment and Request for a Hearing to determine Plaintiff's damages, and this Court having considered the parties' submissions,

**IT IS** on this 7th day of June, 2018

**ORDERED** that Plaintiff's Motion is **DENIED without prejudice**, and it is further

**ORDERED** that Plaintiffs may re-file their motion with appropriate supporting documentation of damages including a certification and/or affidavit detailing same, and it is further

**ORDERED** that Plaintiffs shall have thirty (30) days within which to re-file their motion.

                                                                       /s/ Susan D. Wigenton  
                                                            **SUSAN D. WIGENTON, U.S.D.J.**

Orig:        Clerk  
               Leda D. Wettre, U.S.M.J.  
               Parties