IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| MICHAEL DEL GRECO & ACCURATE INSPECTIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM K HUNNEL,<br><br>Defendant. | CIVIL ACTION<br>NO. 2:17-cv-09762-SDW-LDW<br><br>JURY TRIAL DEMANDED |

## ORDER

Upon consideration of Plaintiffs Michael Del Greco and Accurate Inspections, Inc.'s Motion for Entry of Default Judgment pursuant to F.R.C.P. 55(b)(2), and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**, and default judgment is hereby entered in favor of Plaintiffs in the amount of $ 4,260.41 ; **AND IT IS FURTHER ORDERED** that Defendant take immediate action to remove any and all consumer reviews or complaints posted by Defendant, as himself or under any of his internet personas, within fifteen (15) days of the entry of this Order; **AND IT IS FURTHER ORDERED** that Defendant be and is hereby enjoined from posting further reviews of Plaintiffs' services in any written or electronic media.

_____
SUSAN D. WIGENTON, U.S.D.J.

{J0398136.DOCX}